B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Indiana** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Randy's Metal Recycling, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-4092074** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7247 Pipestone Road**<br>**Eau Claire, MI**<br><br>ZIP Code **49111** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Berrien** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3700 S. Gertrude Street**<br>**South Bend, IN**<br><br>ZIP Code **46614** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13) **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Randy's Metal Recycling, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><strong>Exhibit A</strong></td><td><strong>Exhibit B</strong></td></tr>
<tr>
<td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)        (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                              **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Randy's Metal Recycling, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ R. William Jonas, Jr.**
Signature of Attorney for Debtor(s)

**R. William Jonas, Jr. 5025-71**
Printed Name of Attorney for Debtor(s)

**Hammerschmidt, Amaral & Jonas**
Firm Name

**137 N. Michigan Street**
**South Bend, IN 46601**

Address

**(574) 282-1231  Fax: (574) 282-1234**
Telephone Number

**January 30, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Randall C. Schlipp**
Signature of Authorized Individual

**Randall C. Schlipp**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 30, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Randy's Metal Recycling, Inc.**                              ,    Case No. _____
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **Gertrude Street Metal Recycling, Inc.**<br>**Northern District of Indiana** | **Affiliate** | **Harry C. Dees** |
| **Going Green Metal Recycling, Inc.**<br>**Northern District of Indiana** | **Affiliate** | **Harry C. Dees** |
| **NRJ Real Estate, LLC**<br>**Northern District of Indiana** | **Affiliate** | **Harry C. Dees** |
| **Randy's Territorial, LLC**<br>**Northern District of Indiana** | **Affiliate** | **Harry C. Dees** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Randy's Metal Recycling, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Airgas USA, LLC<br>P.O. Box 802576<br>Chicago, IL 60680-2576 | Airgas USA, LLC<br>P.O. Box 802576<br>Chicago, IL 60680-2576 | | | 6,300.50 |
| Berrien County Farm Bureau Oil Co.<br>P.O. Box 507<br>Eau Claire, MI 49111 | Berrien County Farm Bureau Oil Co.<br>P.O. Box 507<br>Eau Claire, MI 49111 | | | 98,597.54 |
| BOS Concrete<br>P.O. Box 367<br>Coloma, MI 49038 | BOS Concrete<br>P.O. Box 367<br>Coloma, MI 49038 | | | 7,293.29 |
| Cardmember Services<br>P.O. Box 94010<br>Palatine, IL 60094 | Cardmember Services<br>P.O. Box 94010<br>Palatine, IL 60094 | | | 7,329.73 |
| Dura Mold<br>3390 W. Linco Rd.<br>Stevensville, MI 49127 | Dura Mold<br>3390 W. Linco Rd.<br>Stevensville, MI 49127 | | | 3,136.60 |
| Five Star Transportation<br>54374 Smilax Road<br>New Carlisle, IN 46552 | Five Star Transportation<br>54374 Smilax Road<br>New Carlisle, IN 46552 | | | 3,874.07 |
| Internal Revenue Service<br>Cincinnati, OH 45999 | Internal Revenue Service<br>Cincinnati, OH 45999 | Remaining equity after satisfaction of 1st Source liens | | 571,131.24<br><br>(500,000.00 secured) |
| Kalin Construction<br>2663 Yore Ave<br>Sodus, MI 49126 | Kalin Construction<br>2663 Yore Ave<br>Sodus, MI 49126 | | | 14,241.33 |
| Lakeshore Diecast<br>P.O. Box 96<br>Baroda, MI 49101 | Lakeshore Diecast<br>P.O. Box 96<br>Baroda, MI 49101 | | | 3,757.90 |
| Michigan Cat<br>Dept. 77576<br>P.O. Box 77000<br>Detroit, MI 48277-0576 | Michigan Cat<br>Dept. 77576<br>P.O. Box 77000<br>Detroit, MI 48277-0576 | | | 4,600.95 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Randy's Metal Recycling, Inc.**                                          Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Miller, Canfield, Paddock, and Stone<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226 | Miller, Canfield, Paddock, and Stone<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226 | | | 3,241.70 |
| North American Dismantling Corp<br>c/o Mark Sadecki, Esq.<br>P.O. Box 310<br>Davisburg, MI 48350-0310 | North American Dismantling Corp<br>c/o Mark Sadecki, Esq.<br>P.O. Box 310<br>Davisburg, MI 48350-0310 | | | 92,107.02 |
| Pick-N-Pull<br>10850 Gold Center Drive, Suite 330<br>Rancho Cordova, CA 95670 | Pick-N-Pull<br>10850 Gold Center Drive, Suite 330<br>Rancho Cordova, CA 95670 | | | 589,129.65 |
| Pipestone Township<br>Attn: Treasurer<br>P.O. Box 291<br>Eau Claire, MI 49111 | Pipestone Township<br>Attn: Treasurer<br>P.O. Box 291<br>Eau Claire, MI 49111 | | | 6,594.16 |
| Schlipp, Delbert<br>7140 Pipestone Road<br>Eau Claire, MI 49111 | Schlipp, Delbert<br>7140 Pipestone Road<br>Eau Claire, MI 49111 | | | 84,460.00 |
| Teachers Credit Union<br>P.O. Box 1395<br>South Bend, IN 46624 | Teachers Credit Union<br>P.O. Box 1395<br>South Bend, IN 46624 | Purchase Money Security Interest in 2007 Chevy Silverado VIN 16CEK19037Z557001 | | 10,047.01<br><br>(5,000.00 secured) |
| True's Towing<br>725 N. Front Street<br>Dowagiac, MI 49047 | True's Towing<br>725 N. Front Street<br>Dowagiac, MI 49047 | | | 4,534.61 |
| Valley Truck Parts, Inc.<br>1900 Chicago Dr. SW<br>Wyoming, MI 49519 | Valley Truck Parts, Inc.<br>1900 Chicago Dr. SW<br>Wyoming, MI 49519 | | | 3,242.98 |
| Veldman's Auto Parts<br>25926 State Road 2<br>South Bend, IN 46619 | Veldman's Auto Parts<br>25926 State Road 2<br>South Bend, IN 46619 | | | 120,000.00 |
| Yoder Oil Co.<br>7863 Solution Center<br>Chicago, IL 60677-7008 | Yoder Oil Co.<br>7863 Solution Center<br>Chicago, IL 60677-7008 | | | 4,580.60 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Randy's Metal Recycling, Inc.**                                            Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **January 30, 2015**_____          Signature   **/s/ Randall C. Schlipp**_____

**Randall C. Schlipp**
**President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Randy's Metal Recycling, Inc.**                             ,      Case No. _____

                                   Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,824,288.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,466,893.69 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 1,100,294.02 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 1,824,288.00 | | |
| Total Liabilities | | | | 3,567,187.71 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Randy's Metal Recycling, Inc.**                    ,
                             Debtor

Case No. _____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re     **Randy's Metal Recycling, Inc.**                               ,       Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

  **0**   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re    **Randy's Metal Recycling, Inc.**                                                        ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash Drawer - 7247 Pipestone Rd., Eau Claire, MI 49111** | - | 2,013.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account ending in 7566 - 1st Source Bank, South Bend, IN ( $ -19,158.00)** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            2,013.00
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Randy's Metal Recycling, Inc.** ,  Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Randy's Metal Recycling, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Various vehicles (per attached Exhibit A) 7247 Pipestone Road, Eau Claire, MI 49111** | - | **573,775.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers, furniture, and equipment (per Exhibit A attached) 7247 Pipestone Rd., Eau Claire, MI** | - | **2,450.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Machinery and Equipment (per Exhibit A attached) 7247 Pipestone Road, Eau Claire, MI 49111** | - | **1,227,600.00** |
| 30. Inventory. | | **Scrap Metal Inventory** | - | **18,450.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **1,822,275.00** |
| Total > | **1,824,288.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Randy's Metal Recycling, Inc.**                              ,     Case No. _____

                                               **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx6219**<br><br>**1st Source Bank**<br>**100 N. Michigan Street**<br>**South Bend, IN 46601** | | - | **As a result of a series of loans over a number of years, 1st Source holds a blanket lien on assets of the debtor and several related compaines**<br><br>Value $          **2,300,000.00** | | | | **751,045.20** | **0.00** |
| Account No. **xxxx7567**<br><br>**1st Source Bank**<br>**100 N. Michigan Street**<br>**South Bend, IN 46601** | | - | **As a result of a series of loans over a number of years, 1st Source holds a blanket lien on assets of the debtor and several related compaines**<br><br>Value $          **2,300,000.00** | | | | **640,358.25** | **0.00** |
| Account No. **xxxx6222**<br><br>**1st Source Bank**<br>**100 N. Michigan Street**<br>**South Bend, IN 46601** | | - | **As a result of a series of loans over a number of years, 1st Source holds a blanket lien on assets of the debtor and several related compaines**<br><br>Value $          **2,300,000.00** | | | | **210,087.78** | **0.00** |
| Account No. **xxxxxxxx xxxx7566**<br><br>**1st Source Bank**<br>**100 N. Michigan Street**<br>**South Bend, IN 46601** | | - | **As a result of a series of loans over a number of years, 1st Source holds a blanket lien on assets of the debtor and several related compaines**<br><br>Value $          **2,300,000.00** | | | | **19,158.00** | **0.00** |
|   **2**     continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **1,620,649.23** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Randy's Metal Recycling, Inc.**                              ,        Case No. _____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ally Bank**<br>**P.O. Box 8119**<br>**Forest Hill, MD 21050** | | - | **Purchase Money Security Interest 2012 Chevy Silverado VIN 1GCPKSE71CF133930**<br><br>Value $      **20,000.00** | | | | **21,038.85** | **1,038.85** |
| Account No. xxxxxxx7382 <br><br>**Chemical Bank**<br>**P.O. Box 1527**<br>**Midland, MI 48641** | | - | **Chemical Bank, as successor to Michigan Leasing & Financial, holds a Purchase Money Security Interest in a Caterpillar M320 Excavator (on wheels), serial number ending in 0524 and a Rail scale (Antibus)**<br>Value $      **172,700.00** | | | | **137,300.13** | **0.00** |
| Account No. <br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999** | | - | **Remaining equity after satisfaction of 1st Source liens**<br><br>Value $      **500,000.00** | | | | **571,131.24** | **71,131.24** |
| Account No. xxx-xxx2074 <br><br>**Michigan Department of Treasury**<br>**P.O. Box 30443**<br>**Lansing, MI 48909** | | - | <br><br>Value $      **0.00** | | | | **66,408.58** | **0.00** |
| Account No. xxxxxx6000 <br><br>**State of Michigan Unemployment Insurance Agency**<br>**3024 W. Grand Blvd.**<br>**Detroit, MI 48202** | | - | <br><br>Value $      **0.00** | | | | **36,650.49** | **0.00** |

Sheet __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **832,529.29** | **72,170.09** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Randy's Metal Recycling, Inc.** , Case No. _____
_____
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4-145**<br><br>**Teachers Credit Union**<br>**P.O. Box 1395**<br>**South Bend, IN 46624** | - | | **Purchase Money Security Interest in 2007 Chevy Silverado VIN 16CEK19037Z557001**<br><br>Value $       **5,000.00** | | | | **10,047.01** | **5,047.01** |
| Account No. **xxxxxx4-170**<br><br>**Teachers Credit Union**<br>**P.O. Box 1395**<br>**South Bend, IN 46624** | - | | **Purchase Money Security Interest in 2011 Chevy Silverado VIN 3GCPK5E31BG352963**<br><br>Value $       **9,000.00** | | | | **3,668.16** | **0.00** |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

Sheet __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **13,715.17** | **5,047.01** |
| Total<br>(Report on Summary of Schedules) | **2,466,893.69** | **77,217.10** |

B6E (Official Form 6E) (4/13)

.

In re    **Randy's Metal Recycling, Inc.**                                      ,    Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.
    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)
    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.
    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.
    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Randy's Metal Recycling, Inc.**                                        ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5104** | | | | | | | |
| **Airgas USA, LLC** **P.O. Box 802576** **Chicago, IL 60680-2576** | - | | | | | | 6,300.50 |
| Account No. **xx-2035** | | | | | | | |
| **American Security Alarm, LLC** **2240 W. John Beers Rd.** **Stevensville, MI 49127-9433** | - | | | | | | 228.00 |
| Account No. | | | | | | | |
| **Ameriwood Industries** **202 Spaulding Street** **Dowagiac, MI 49047** | - | | | | | | 2,394.64 |
| Account No. | | | | | | | |
| **Arrow Tool & Die** **P.O. Box 305** **Union Pier, MI 49129** | - | | | | | | 461.50 |

| | | |
|---|---|---|
| __14__ continuation sheets attached | Subtotal (Total of this page) | 9,384.64 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Randy's Metal Recycling, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Beaudoin Electrical** <br> **3042 Pipestone Rd** <br> **Sodus, MI 49126** | - | | | | | | 854.33 |
| Account No. <br><br> **BER Refridgeration** <br> **205 Palladium Drive** <br> **Saint Joseph, MI 49085** | - | | | | | | 710.80 |
| Account No. **xxxxxx1240** <br><br> **Berrien County Farm Bureau Oil Co.** <br> **P.O. Box 507** <br> **Eau Claire, MI 49111** | - | | | | | | 98,597.54 |
| Account No. <br><br> **Boettcher, John** <br> **3305 N. Home Street** <br> **Mishawaka, IN 46545** | - | | | | | | 2,617.05 |
| Account No. <br><br> **BOS Concrete** <br> **P.O. Box 367** <br> **Coloma, MI 49038** | - | | | | | | 7,293.29 |

Sheet no. __1__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          110,073.01

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randy's Metal Recycling, Inc.**_____,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Brian's Automotive** **9486 Red Arrow Highway** **Bridgman, MI 49106** | - | | | | | | | 356.49 |
| Account No. **xxxx-xxxx-xxxx-3887** | | | | | | | | |
| **Cardmember Services** **P.O. Box 94010** **Palatine, IL 60094** | - | | | | | | | 7,329.73 |
| Account No. | | | | | | | | |
| **Creative Graphics** **430 N. Mechanic Street** **Jackson, MI 49201** | - | | | | | | | 117.00 |
| Account No. | | | | | | | | |
| **Creative Vinyl Signs** **54950 M-51 North** **Dowagiac, MI 49047** | - | | | | | | | 79.82 |
| Account No. | | | | | | | | |
| **D & D Tire** **1431 S. 11th Street** **Niles, MI 49120** | - | | | | | | | 1,165.22 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **9,048.26**

B6F (Official Form 6F) (12/07) - Cont.

In re **Randy's Metal Recycling, Inc.** ,                           Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2046** <br><br> Drug Screen Plus <br> 3625 Clyde Park SW <br> Wyoming, MI 49509 | - | | | | | | 159.00 |
| Account No. <br><br> Dura Mold <br> 3390 W. Linco Rd. <br> Stevensville, MI 49127 | - | | | | | | 3,136.60 |
| Account No. <br><br> Eau Claire Public Schools <br> 6190 W. Main Street <br> Eau Claire, MI 49111 | - | | | | | | 1,253.75 |
| Account No. **xxxxx1530** <br><br> Fastenal Company <br> P.O. Box 978 <br> Winona, MN 55987-0978 | - | | | | | | 162.39 |
| Account No. <br><br> Ferguson Michiana <br> 7162 M-140 <br> Eau Claire, MI 49111 | - | | | | | | 848.48 |

Sheet no. __3__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 5,560.22

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randy's Metal Recycling, Inc.**                                    ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Filmore Equipment 14501 US 12 Union, MI 49130 | | - | | | | | 1,205.18 |
| Account No. | | | | | | | |
| Five Pines 6597 Smith Road Berrien Center, MI 49102 | | - | | | | | 1,167.14 |
| Account No. | | | | | | | |
| Five Star Transportation 54374 Smilax Road New Carlisle, IN 46552 | | - | | | | | 3,874.07 |
| Account No. | | | | | | | |
| Fuel Transportation, Inc. 20755 West Road Trenton, MI 48183 | | - | | | | | 1,009.73 |
| Account No. | | | | | | | |
| Grace Christian 325 M-140 Watervliet, MI 49098 | | - | | | | | 476.17 |

Sheet no. __4__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,732.29**

B6F (Official Form 6F) (12/07) - Cont.

In re **Randy's Metal Recycling, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Greenmark Equipment** <br> **4082 Tabor Road** <br> **Sodus, MI 49126** | - | | | | | | 861.87 |
| Account No. <br><br> **HFS Tractor Sales** <br> **8644 Stevensville-Baroda Road** <br> **Baroda, MI 49101** | - | | | | | | 693.71 |
| Account No. <br><br> **JA Foods** <br> **377 Riford** <br> **Benton Harbor, MI 49022** | - | | | | | | 175.00 |
| Account No. <br><br> **Jefferson Auto Collision** <br> **915 E. Jefferson Blvd.** <br> **Mishawaka, IN 46545** | - | | | | | | 333.93 |
| Account No. <br><br> **Kalin Construction** <br> **2663 Yore Ave** <br> **Sodus, MI 49126** | - | | | | | | 14,241.33 |

Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 16,305.84

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randy's Metal Recycling, Inc.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Keeme's Auto Saled** <br>**51027 M-51** <br>**Dowagiac, MI 49047** | - | | | | | | 271.69 |
| Account No. <br><br>**Ken Stover** <br>**7837 M-139** <br>**Berrien Springs, MI 49103** | - | | | | | | 666.08 |
| Account No. <br><br>**Kepner's Precision Auto** <br>**1034 Nickerson Ct.** <br>**Benton Harbor, MI 49022** | - | | | | | | 636.97 |
| Account No. **x2974** <br><br>**Kimball Midwest** <br>**Dept. L-2780** <br>**Columbus, OH 43260-2780** | - | | | | | | 631.01 |
| Account No. <br><br>**Koontz Wagner** <br>**3801 Voorde Drive** <br>**South Bend, IN 46628** | - | | | | | | 445.71 |

Sheet no. __6__ of __14__ sheets attached to Schedule of                                    Subtotal    | 2,651.46
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randy's Metal Recycling, Inc.**              ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Kruger Plastics**<br>**117 Grant Street**<br>**Galien, MI 49113** | | - | | | | | | 1,105.71 |
| Account No.<br><br>**Lake Michigan College**<br>**2755 E. Napier Ave.**<br>**Benton Harbor, MI 49022** | | - | | | | | | 3,006.16 |
| Account No.<br><br>**Lakeland Hospitals**<br>**P.O. Box 410**<br>**Saint Joseph, MI 49085-0410** | | - | | | | | | 20.83 |
| Account No.<br><br>**Lakeshore Diecast**<br>**P.O. Box 96**<br>**Baroda, MI 49101** | | - | | | | | | 3,757.90 |
| Account No. **xxxx0995**<br><br>**Lawson Products, Inc.**<br>**8770 Bryn Mawr Ave. #900**<br>**Chicago, IL 60631-3515** | | - | | | | | | 690.27 |

Sheet no. __7__ of __14__ sheets attached to Schedule of                         Subtotal

Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)     **8,580.87**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randy's Metal Recycling, Inc.**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Maple Grove Farm** **7035 Maple Grove Road** **Eau Claire, MI 49111** | | - | | | | | 1,777.59 |
| Account No. | | | | | | | |
| **Metal Mechanics** **3093 Hager Road** **Schoolcraft, MI 49087** | | - | | | | | 552.50 |
| Account No. | | | | | | | |
| **Michigan Cat** **Dept. 77576** **P.O. Box 77000** **Detroit, MI 48277-0576** | | - | | | | | 4,600.95 |
| Account No. | | | | | | | |
| **Midway Engineering** **50253 Phillips Road** **Dowagiac, MI 49047** | | - | | | | | 680.36 |
| Account No. **xxxx4669** | | | | | | | |
| **Miller, Canfield, Paddock, and Stone** **150 West Jefferson, Suite 2500** **Detroit, MI 48226** | | - | | | | | 3,241.70 |

Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **10,853.10**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randy's Metal Recycling, Inc.**
_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Modar, Inc.** **1134 E. Empire** **Benton Harbor, MI 49022** | | - | | | | | 467.50 |
| Account No. | | | | | | | |
| **Modar, Inc.** **9864 Church Street** **Bridgman, MI 49106** | | - | | | | | 1,924.64 |
| Account No. **xxxx26-01** | | | | | | | |
| **Motion Industries** **2450 S. M-139 Ste B** **Benton Harbor, MI 49022** | | - | | | | | 766.49 |
| Account No. | | | Notice Only | | | | |
| **New Products Corp** **c/o Mark S. Demorest, Esq.** **322 W. Lincoln Ave., Suite 300** **Royal Oak, MI 48067** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **North American Dismantling Corp** **c/o Mark Sadecki, Esq.** **P.O. Box 310** **Davisburg, MI 48350-0310** | | - | | | | | 92,107.02 |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95,265.65

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randy's Metal Recycling, Inc.** _____, Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Pat Freehling 11573 Cleveland Ave Baroda, MI 49101 | - | | | | | | 277.77 |
| Account No. | | | | | | | |
| Pick-N-Pull 10850 Gold Center Drive, Suite 330 Rancho Cordova, CA 95670 | - | | | | | | 589,129.65 |
| Account No. **xx-xx-xxxx-x021-9** | | | | | | | |
| Pipestone Township Attn: Treasurer P.O. Box 291 Eau Claire, MI 49111 | - | | | | | | 6,594.16 |
| Account No. | | | | | | | |
| Premier Tool & Die 9886 N. Tudor Road Berrien Springs, MI 49103 | - | | | | | | 683.04 |
| Account No. | | | | | | | |
| Pride the Portable Toilet Co. P.O. Box 255 Buchanan, MI 49107 | - | | | | | | 150.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

596,834.62

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randy's Metal Recycling, Inc.**                             ,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Reith Riley**<br>**1589 Townlilne Road**<br>**Benton Harbor, MI 49022** | - | | | | | | **1,050.04** |
| Account No.<br><br>**Republic National**<br>**18880 N. Kenmore**<br>**South Bend, IN 46628** | - | | | | | | **138.13** |
| Account No. **6869**<br><br>**Ridge Auto Parts**<br>**P.O. Box 2859**<br>**South Bend, IN 46680** | - | | | | | | **1,487.49** |
| Account No. **xx5092**<br><br>**Schilli National Lease**<br>**6358 W. US Highway 24**<br>**Remington, IN 47977** | - | | | | | | **100.00** |
| Account No.<br><br>**Schlipp, Delbert**<br>**7140 Pipestone Road**<br>**Eau Claire, MI 49111** | - | | | | | | **84,460.00** |

Sheet no. __11__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     **87,235.66**

B6F (Official Form 6F) (12/07) - Cont.

In re **Randy's Metal Recycling, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Scientific Notebook** **3295 W. Linco Road** **Stevensville, MI 49127** | - | | | | | | 266.16 |
| Account No. | | | | | | | |
| **Southwestern Supply Corp.** **4728 Niles Road** **Saint Joseph, MI 49085** | - | | | | | | 501.55 |
| Account No. | | | | | | | |
| **Stor Smart Storage** **333 Paladium Drive** **Saint Joseph, MI 49085** | - | | | | | | 225.13 |
| Account No. | | | | | | | |
| **Summit Industrial** **2200 E. Empire** **Benton Harbor, MI 49022** | - | | | | | | 2,383.44 |
| Account No. | | | Notice Only | | | | |
| **Thomas Tibble** **Modern Plastics Corporation** **c/o Cody H. Knight, Esq.** **141 E. Michigan Ave., Suite 301** **Kalamazoo, MI 49007** | - | | | | | | 0.00 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 3,376.28 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randy's Metal Recycling, Inc.** _____ ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7884**<br><br>**Trade Lines 181**<br>**P.O. Box 128**<br>**Saint Joseph, MI 49085** | - | | | | | | 264.60 |
| Account No.<br><br>**Tristar Molding**<br>**51540 M-140 North**<br>**Marcellus, MI 49067** | - | | | | | | 1,169.46 |
| Account No.<br><br>**Truck Service, Inc.**<br>**P.O. Box 253**<br>**Hamilton, MI 49419** | - | | | | | | 2,500.00 |
| Account No.<br><br>**True's Towing**<br>**725 N. Front Street**<br>**Dowagiac, MI 49047** | - | | | | | | 4,534.61 |
| Account No.<br><br>**US Small Business Association**<br>**1007 N. Orange Street**<br>**Wilmington, DE 19801** | - | | **Notice Purposes Only** | | | | 0.00 |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of          Subtotal                8,468.67
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randy's Metal Recycling, Inc.**
_____ ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **7870** <br><br> **Valley Truck Parts, Inc.** <br> **1900 Chicago Dr. SW** <br> **Wyoming, MI 49519** | - | | | | | | | 3,242.98 |
| Account No. <br><br> **Veldman's Auto Parts** <br> **25926 State Road 2** <br> **South Bend, IN 46619** | - | | | | | | | 120,000.00 |
| Account No. <br><br> **Wal-mart** <br> **201 73rd Street** <br> **South Haven, MI 49090** | - | | | | | | | 1,099.87 |
| Account No. **xxx9977** <br><br> **Yoder Oil Co.** <br> **7863 Solution Center** <br> **Chicago, IL 60677-7008** | - | | | | | | | 4,580.60 |
| Account No. <br><br> | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 128,923.45 |
| Total (Report on Summary of Schedules) | 1,100,294.02 |

B6G (Official Form 6G) (12/07)

.

In re   **Randy's Metal Recycling, Inc.**            ,     Case No. _____

                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

  **0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **Randy's Metal Recycling, Inc.**
_____,          Case No. _____
                                   Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gale Rue**<br>**2026 S. Cedar Trail**<br>**Stevensville, MI 49127** | **1st Source Bank**<br>**P.O. Box 1602**<br>**South Bend, IN 46634** |
| **Gertrude Street Metal Recycling**<br>**3700 S. Gertrude Street**<br>**South Bend, IN 46614** | **1st Source Bank**<br>**P.O. Box 1602**<br>**South Bend, IN 46634** |
| **Going Green Metal Recycling**<br>**1715 E. 226th Street**<br>**Cicero, IN 46034** | **1st Source Bank**<br>**P.O. Box 1602**<br>**South Bend, IN 46634** |
| **Randall Schlipp**<br>**50057 County Line Road**<br>**Dowagiac, MI 49047** | **1st Source Bank**<br>**P.O. Box 1602**<br>**South Bend, IN 46634** |
| **Randall Schlipp**<br>**50057 County Line Road**<br>**Dowagiac, MI 49047** | **Internal Revenue Service**<br>**Service Center**<br>**Cincinnati, OH 45999** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Indiana

In re     **Randy's Metal Recycling, Inc.**                                   Case No.
                                                    Debtor(s)          Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___27___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 30, 2015**                          Signature     **/s/ Randall C. Schlipp**
                                                                **Randall C. Schlipp**
                                                                **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Randy's Metal Recycling, Inc.**              Case No. _____

                                     Debtor(s)            Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,564,898.00** | **The Debtor reports its earnings on consolidated financial statements and tax returns with several other entities. Total receipts for 2014** |
| **$4,504,282.00** | **The Debtor reports its earnings on consolidated financial statements and tax returns with several other entities. Total receipts for 2013** |
| **$4,758,921.00** | **The Debtor reports its earnings on consolidated financial statements and tax returns with several other entities. Total receipts for 2012** |

B7 (Official Form 7) (04/13)
2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Airgas USA, LLC**<br>P.O. Box 802576<br>Chicago, IL 60680-2576 | **11/20/2014 and 11/24/2014** | **$1,669.55** | **$6,300.50** |
| **AT&T**<br>P.O. Box 5080<br>Carol Stream, IL 60197-5080 | **10/14/2014,<br>10/24/2014,11/12/2014,<br>11/14/2014, 11/25/2014,<br>12/12/2014, 12/17/2014,<br>12/16/2014** | **$2,954.50** | **$793.84** |
| **Bank of Holland**<br>51 Ionia Avenue<br>Grand Rapids, MI 49503 | **10/19/2014, 10/23/2014** | **$585.52** | **$0.00** |
| **Berrien County Farm Bureau Oil Co.**<br>P.O. Box 507<br>Eau Claire, MI 49111 | **10/10/2014, 10/17/2014,<br>10/24/2014, 10/31/2014,<br>11/07/2014, 11/14/2014,<br>11/21/2014, 11/28/2014,<br>12/05/214, 12/12/2014,<br>12/18/2014, 01/02/2015** | **$26,755.07** | **$98,597.54** |
| **Cardmember Services**<br>P.O. Box 94010<br>Palatine, IL 60094 | **10/14/2014, 11/10/2014,<br>12/18/2014** | **$8,500.00** | **$7,329.73** |
| **Chemical Bank**<br>P.O. Box 1527<br>Midland, MI 48641 | **10/29/2014, 11/26/2014** | **$9,765.46** | **$138,714.12** |

[*] *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                    3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Lighthouse Insurance Group**<br>**4808 Broadmoor S.E.**<br>**Grand Rapids, MI 49512-5306** | **12/18/2014** | **$1,000.00** | **$51,453.00** |
| **Macallister Cat**<br>**25734 State Road 2**<br>**South Bend, IN 46619** | **11/24/2014** | **$636.50** | **$0.00** |
| **Michigan Cat**<br>**Dept. 77576**<br>**P.O. Box 77000**<br>**Detroit, MI 48277-0576** | **11/06/2014, 11/10/2014** | **$2,470.28** | **$4,600.95** |
| **Ridge Auto Parts**<br>**P.O. Box 2859**<br>**South Bend, IN 46680** | **11/04/2014, 12/18/2014** | **$1,828.35** | **$1,487.49** |
| **Valley Truck Parts, Inc.**<br>**1900 Chicago Dr. SW**<br>**Wyoming, MI 49519** | **10/27/2014, 12/16/2014** | **$3,525.75** | **$3,242.98** |
| **Yoder Oil Co.**<br>**7863 Solution Center**<br>**Chicago, IL 60677-7008** | **10/10/2014, 10/17/2014,**<br>**10/24/2014, 10/31/2014,**<br>**11/07/2014, 11/14/2014,**<br>**11/21/2014, 11/28/2014,**<br>**12/12/2014, 12/19/2014,**<br>**01/02/2015** | **$11,000.00** | **$4,580.60** |

None
■     c.    *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Berrien County Farm Bureau Oil Company, Plaintiff v. Randy's Recycling, LLC, Randall Schlipp and Gale Schlipp, jointly and severally, Defendants.    File No. 2013-0224-CK-D** | | **Sate of Michigan, Berrien County Trial Court, Civil Division** | **Dismissed without prejudice, Interim Agreement entered 01-20-2014** |
| **North American Dismantling Corp, Plaintiff v. 360 Degree Metal Recycling, Inc. d/b/a Indiana Metal Group, Randy's Metal Recycling, Inc. d/b/a Indiana Metal Group, 360 Degree Resource, LLC d/b/a Indiana Metal Group, Defendants  Case No. 2014-140284-CK** | | **State of Michigan, Oakland County Circuit Court** | **Stipulated Order entered Granting Plaintiff a Judgment against 360 Degree Metal Recycling, Inc.** |

B7 (Official Form 7) (04/13)                                                                                                                4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Randy's Metal Recycling, Inc and Randall Schlipp, Plaintiffs v. Veldman's Auto Parts, and Roman Veldman, Defendants.  Cause No. 71D06-1409-MI-000283** | | **State of Indiana, St. Joseph County Superior Court** | **Agreed Order Entered** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Schilli National Lease 6358 W. US Highway 24 Remington, IN 47977** | | **Five (5) 2006 J&I Aluminum open top trailers. Debt $24,919  Value $24,800** |

## 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Eau Claire Cherry Festival c/o Village of Eau Claire 6625 East Main Street Eau Claire, MI 49111** | | **06/10/2014** | **$250.00** |

B7 (Official Form 7) (04/13)

5

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Five Pines**<br>**6597 Smith Road**<br>**Berrien Center, MI 49102** | | **09/02/2014** | **$150.00** |

---

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **R. William Jonas, Jr.**<br>**Hammerschmidt, Amaral & Jonas**<br>**137 N. Michigan Street**<br>**South Bend, IN 46601** | **03/11/2014** | **1,751.00** |
| **R. William Jonas, Jr.**<br>**Hammerschmidt, Amaral & Jonas**<br>**137 N. Michigan Street**<br>**South Bend, IN 46601** | **05/02/2014** | **1,232.00** |
| **R. William Jonas, Jr.**<br>**Hammerschmidt, Amaral & Jonas**<br>**137 N. Michigan Street**<br>**South Bend, IN 46601** | **07/28/2014** | **2,493.00** |
| **R. William Jonas, Jr.**<br>**Hammerschmidt, Amaral & Jonas**<br>**137 N. Michigan Street**<br>**South Bend, IN 46601** | **09/11/2014** | **2,500.00** |
| **R. William Jonas, Jr.**<br>**Hammerschmidt, Amaral & Jonas**<br>**137 N. Michigan Street**<br>**South Bend, IN 46601** | **9/15/2014** | **2,680.00** |
| **R. William Jonas, Jr.**<br>**Hammerschmidt, Amaral & Jonas**<br>**137 N. Michigan Street**<br>**South Bend, IN 46601** | **11/05/14** | **3,500.00** |
| **R. William Jonas, Jr.**<br>**Hammerschmidt, Amaral & Jonas**<br>**137 N. Michigan Street**<br>**South Bend, IN 46601** | **12/03/2014** | **22,000.00** |

**10.  Other transfers**

None  ■
    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None  ☐
    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11.  Closed financial accounts**

None  ☐
    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

**12.  Safe deposit boxes**

None  ☐
    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13.  Setoffs**

None  ☐
    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14.  Property held for another person**

None  ☐
    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                                                   7

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                                    NAME USED                                          DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS              NAME AND ADDRESS OF          DATE OF             ENVIRONMENTAL
                                   GOVERNMENTAL UNIT            NOTICE              LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS              NAME AND ADDRESS OF          DATE OF             ENVIRONMENTAL
                                   GOVERNMENTAL UNIT            NOTICE              LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                             DOCKET NUMBER                        STATUS OR DISPOSITION

---

B7 (Official Form 7) (04/13)                                                                                                                8

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Indiana Metal Processing Group, Inc.** | | **55450 Smilax Road New Carlisle, IN 46552** | **Metal recycling business** | **03/11/2011 to present** |
| **Randy's Territorial, LLC** | | **7247 Pipeston Road Eau Claire, MI 49111** | **Real Estate Venture** | **May 10, 2006 to present** |
| **NRJ Real Estate, LLC** | | **3700 S. Gertrude Street South Bend, IN 46614** | **Real Estate Venture** | **April 18, 2005 to present** |
| **G&R Property Development, LLC** | | **7247 Pipeston Road Eau Claire, MI 49111** | **Real Estate Venture** | |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **BDO Seidman, LLP 211 East Water Street, Suite 300 Kalamazoo, MI 49007** | **2006 to 2011** |
| **Terrance McNamara 7247 Pipestone Road Eau Claire, MI 49111** | **2011 to present** |

---

B7 (Official Form 7) (04/13)                                                                                                      9

| None ■ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

NAME                                ADDRESS                                   DATES SERVICES RENDERED

| None ■ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

NAME                                                                 ADDRESS

| None ■ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |

NAME AND ADDRESS                                                 DATE ISSUED

---

**20. Inventories**

| None ☐ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **12/31/2014** | **Terrance McNamara** | **18,450.00** |
| **11/30/2014** | **Terrance McNamara** | **22,324.00** |

| None ☐ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **12/31/2014** | **Terrance McNamara**<br>**7247 Pipestone Rd**<br>**Eau Claire, MI 49111** |
| **11/30/2014** | **Terrance McNamara**<br>**7247 Pipestone Road**<br>**Eau Claire, MI 49111** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

| None ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

NAME AND ADDRESS                          NATURE OF INTEREST                PERCENTAGE OF INTEREST

| None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Indiana Metal Processing Group, Inc.**<br>**3700 S. Gertrude Street**<br>**South Bend, IN 46614** | | **100% direct ownership** |

---

**22 . Former partners, officers, directors and shareholders**

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

NAME                                ADDRESS                                          DATE OF WITHDRAWAL

B7 (Official Form 7) (04/13)                                                                                                                              10

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■     immediately preceding the commencement of this case.

NAME AND ADDRESS                                    TITLE                                        DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
      commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Randall Schlipp and Gale Rue**<br><br>**President and Vice President** | **Various Dates - home equity line of credit payments to 1st Source Bank** | **22,731.31** |

---

**24. Tax Consolidation Group.**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■     group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
      of the case.

NAME OF PARENT CORPORATION                                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■     employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  **January 30, 2015**                           Signature    **/s/ Randall C. Schlipp**
                                                                   **Randall C. Schlipp**
                                                                   **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Randy's Metal Recycling, Inc.**                                           Case No.

                                                          Debtor(s)              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept fees as awarded by the Court | $ | |
| Prior to the filing of this statement I have received | $ | **22,000.00** |
| Balance Due | $ | |

2.   The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.   [Other provisions as needed]
   **e. Preparation and filing of Bidding Procedures Motion and 363 Sale Motion; conduct an auction of Debtor's assets.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:

                                                          **R. William Jonas, Jr.**
                                                          **Hammerschmidt, Amaral & Jonas**
                                                          **137 N. Michigan Street**
                                                          **South Bend, IN 46601**
                                                          **(574) 282-1231  Fax: (574) 282-1234**

---

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Randy's Metal Recycling, Inc.**      ,     Case No. _____

                           Debtor

Chapter              **11**      

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Indiana Metal Processing Group, Inc.**<br>**3700 S. Gertrude Street**<br>**South Bend, IN 46614** | **Common** | **1500** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 30, 2015**                    Signature  **/s/ Randall C. Schlipp**

                                                                  **Randall C. Schlipp**

                                                                   **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

(6/2010)

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Randy's Metal Recycling, Inc.**                                    Case No.
                                              Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **January 30, 2015**                        **/s/ Randall C. Schlipp**
                                                    **Randall C. Schlipp/President**
                                                    Signer/Title

.

1ST SOURCE BANK
100 N. MICHIGAN STREET
SOUTH BEND, IN 46601


AIRGAS USA, LLC
P.O. BOX 802576
CHICAGO, IL 60680-2576


ALLY BANK
P.O. BOX 8119
FOREST HILL, MD 21050


AMERICAN SECURITY ALARM, LLC
2240 W. JOHN BEERS RD.
STEVENSVILLE, MI 49127-9433


AMERIWOOD INDUSTRIES
202 SPAULDING STREET
DOWAGIAC, MI 49047


ARROW TOOL & DIE
P.O. BOX 305
UNION PIER, MI 49129


BEAUDOIN ELECTRICAL
3042 PIPESTONE RD
SODUS, MI 49126


BER REFRIDGERATION
205 PALLADIUM DRIVE
SAINT JOSEPH, MI 49085


BERRIEN COUNTY FARM BUREAU OIL CO.
P.O. BOX 507
EAU CLAIRE, MI 49111

BOETTCHER, JOHN
3305 N. HOME STREET
MISHAWAKA, IN 46545


BOS CONCRETE
P.O. BOX 367
COLOMA, MI 49038


BRIAN'S AUTOMOTIVE
9486 RED ARROW HIGHWAY
BRIDGMAN, MI 49106


CARDMEMBER SERVICES
P.O. BOX 94010
PALATINE, IL 60094


CHEMICAL BANK
P.O. BOX 1527
MIDLAND, MI 48641


CREATIVE GRAPHICS
430 N. MECHANIC STREET
JACKSON, MI 49201


CREATIVE VINYL SIGNS
54950 M-51 NORTH
DOWAGIAC, MI 49047


D & D TIRE
1431 S. 11TH STREET
NILES, MI 49120


DRUG SCREEN PLUS
3625 CLYDE PARK SW
WYOMING, MI 49509

DURA MOLD
3390 W. LINCO RD.
STEVENSVILLE, MI 49127


EAU CLAIRE PUBLIC SCHOOLS
6190 W. MAIN STREET
EAU CLAIRE, MI 49111


FASTENAL COMPANY
P.O. BOX 978
WINONA, MN 55987-0978


FERGUSON MICHIANA
7162 M-140
EAU CLAIRE, MI 49111


FILMORE EQUIPMENT
14501 US 12
UNION, MI 49130


FIVE PINES
6597 SMITH ROAD
BERRIEN CENTER, MI 49102


FIVE STAR TRANSPORTATION
54374 SMILAX ROAD
NEW CARLISLE, IN 46552


FUEL TRANSPORTATION, INC.
20755 WEST ROAD
TRENTON, MI 48183


GALE RUE
2026 S. CEDAR TRAIL
STEVENSVILLE, MI 49127

GERTRUDE STREET METAL RECYCLING
3700 S. GERTRUDE STREET
SOUTH BEND, IN 46614


GOING GREEN METAL RECYCLING
1715 E. 226TH STREET
CICERO, IN 46034


GRACE CHRISTIAN
325 M-140
WATERVLIET, MI 49098


GREENMARK EQUIPMENT
4082 TABOR ROAD
SODUS, MI 49126


HFS TRACTOR SALES
8644 STEVENSVILLE-BARODA ROAD
BARODA, MI 49101


INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999


JA FOODS
377 RIFORD
BENTON HARBOR, MI 49022


JEFFERSON AUTO COLLISION
915 E. JEFFERSON BLVD.
MISHAWAKA, IN 46545


KALIN CONSTRUCTION
2663 YORE AVE
SODUS, MI 49126

KEEME'S AUTO SALED
51027 M-51
DOWAGIAC, MI 49047


KEN STOVER
7837 M-139
BERRIEN SPRINGS, MI 49103


KEPNER'S PRECISION AUTO
1034 NICKERSON CT.
BENTON HARBOR, MI 49022


KIMBALL MIDWEST
DEPT. L-2780
COLUMBUS, OH 43260-2780


KOONTZ WAGNER
3801 VOORDE DRIVE
SOUTH BEND, IN 46628


KRUGER PLASTICS
117 GRANT STREET
GALIEN, MI 49113


LAKE MICHIGAN COLLEGE
2755 E. NAPIER AVE.
BENTON HARBOR, MI 49022


LAKELAND HOSPITALS
P.O. BOX 410
SAINT JOSEPH, MI 49085-0410


LAKESHORE DIECAST
P.O. BOX 96
BARODA, MI 49101

LAWSON PRODUCTS, INC.
8770 BRYN MAWR AVE. #900
CHICAGO, IL 60631-3515


MAPLE GROVE FARM
7035 MAPLE GROVE ROAD
EAU CLAIRE, MI 49111


METAL MECHANICS
3093 HAGER ROAD
SCHOOLCRAFT, MI 49087


MICHIGAN CAT
DEPT. 77576
P.O. BOX 77000
DETROIT, MI 48277-0576


MICHIGAN DEPARTMENT OF TREASURY
P.O. BOX 30443
LANSING, MI 48909


MIDWAY ENGINEERING
50253 PHILLIPS ROAD
DOWAGIAC, MI 49047


MILLER, CANFIELD, PADDOCK, AND STONE
150 WEST JEFFERSON, SUITE 2500
DETROIT, MI 48226


MODAR, INC.
9864 CHURCH STREET
BRIDGMAN, MI 49106


MOTION INDUSTRIES
2450 S. M-139 STE B
BENTON HARBOR, MI 49022

NEW PRODUCTS CORP
C/O MARK S. DEMOREST, ESQ.
322 W. LINCOLN AVE., SUITE 300
ROYAL OAK, MI 48067


NORTH AMERICAN DISMANTLING CORP
C/O MARK SADECKI, ESQ.
P.O. BOX 310
DAVISBURG, MI 48350-0310


PAT FREEHLING
11573 CLEVELAND AVE
BARODA, MI 49101


PICK-N-PULL
10850 GOLD CENTER DRIVE, SUITE 330
RANCHO CORDOVA, CA 95670


PIPESTONE TOWNSHIP
ATTN: TREASURER
P.O. BOX 291
EAU CLAIRE, MI 49111


PREMIER TOOL & DIE
9886 N. TUDOR ROAD
BERRIEN SPRINGS, MI 49103


PRIDE THE PORTABLE TOILET CO.
P.O. BOX 255
BUCHANAN, MI 49107


RANDALL SCHLIPP
50057 COUNTY LINE ROAD
DOWAGIAC, MI 49047


REITH RILEY
1589 TOWNLILNE ROAD
BENTON HARBOR, MI 49022

REPUBLIC NATIONAL
18880 N. KENMORE
SOUTH BEND, IN 46628


RIDGE AUTO PARTS
P.O. BOX 2859
SOUTH BEND, IN 46680


SCHILLI NATIONAL LEASE
6358 W. US HIGHWAY 24
REMINGTON, IN 47977


SCHLIPP, DELBERT
7140 PIPESTONE ROAD
EAU CLAIRE, MI 49111


SCIENTIFIC NOTEBOOK
3295 W. LINCO ROAD
STEVENSVILLE, MI 49127


SOUTHWESTERN SUPPLY CORP.
4728 NILES ROAD
SAINT JOSEPH, MI 49085


STATE OF MICHIGAN
UNEMPLOYMENT INSURANCE AGENCY
3024 W. GRAND BLVD.
DETROIT, MI 48202


STOR SMART STORAGE
333 PALADIUM DRIVE
SAINT JOSEPH, MI 49085


SUMMIT INDUSTRIAL
2200 E. EMPIRE
BENTON HARBOR, MI 49022

TEACHERS CREDIT UNION
P.O. BOX 1395
SOUTH BEND, IN 46624


THOMAS TIBBLE
MODERN PLASTICS CORPORATION
C/O CODY H. KNIGHT, ESQ.
141 E. MICHIGAN AVE., SUITE 301
KALAMAZOO, MI 49007


TRADE LINES 181
P.O. BOX 128
SAINT JOSEPH, MI 49085


TRISTAR MOLDING
51540 M-140 NORTH
MARCELLUS, MI 49067


TRUCK SERVICE, INC.
P.O. BOX 253
HAMILTON, MI 49419


TRUE'S TOWING
725 N. FRONT STREET
DOWAGIAC, MI 49047


US SMALL BUSINESS ASSOCIATION
1007 N. ORANGE STREET
WILMINGTON, DE 19801


VALLEY TRUCK PARTS, INC.
1900 CHICAGO DR. SW
WYOMING, MI 49519


VELDMAN'S AUTO PARTS
25926 STATE ROAD 2
SOUTH BEND, IN 46619

```
WAL-MART
201 73RD STREET
SOUTH HAVEN, MI 49090


YODER OIL CO.
7863 SOLUTION CENTER
CHICAGO, IL 60677-7008
```

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Randy's Metal Recycling, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Randy's Metal Recycling, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 30, 2015**

Date

**/s/ R. William Jonas, Jr.**

**R. William Jonas, Jr.**

Signature of Attorney or Litigant

Counsel for   **Randy's Metal Recycling, Inc.**

**Hammerschmidt, Amaral & Jonas**

**137 N. Michigan Street**
**South Bend, IN 46601**
**(574) 282-1231 Fax:(574) 282-1234**